RECEIVED

JAN 1 0 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JANICE MORVANT, ET AL | * | CIVIL NO. 6:16-0215 |
| VERSUS | * | JUDGE DOHERTY |
| USA | * | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, including the objections filed herein, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss filed by defendant, the United States of America [rec. doc. 4], is **GRANTED**, and that the claims filed by plaintiffs against the United States of America are **DISMISSED WITHOUT PREJUDICE.**

Lafayette, Louisiana, this 10th day of January, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE